STEVEN W. MYHRE
Acting United States Attorney
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6311

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
*-oOo-*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. 2:17-mj-0865-PAL |
| Plaintiff, | ) |
| | ) |
| v. | ) **MOTION TO RETURN PASSPORT** |
| | ) |
| VICTOR NAVARRO, | ) |
| | ) |
| Defendant. | ) |

COMES NOW the United States of America, by and through STEVEN W. MYHRE, Acting United States Attorney, and Susan Cushman, Assistant United States Attorney, and files this motion requesting that the Court direct Pretrial Services to return defendant Navarro's passport for the reasons stated below.

i) On August 22, 2017, the defendant was arrested in the captioned matter. The defendant made his initial appearance on August 23, 2017, and was released on conditions. (ECF # 5). As a condition of his release, the defendant surrendered his passport to Pretrial Services.

ii) On September 6, 2017, the government moved to dismiss the criminal complaint in the captioned matter (ECF # 14). The government's motion was granted that same day. (ECF # 16).

iii) The defendant's passport should be returned to him given that there are currently no pending charges in the District of Nevada.

iv) Rachel Korenblat, A.F.P.D., counsel for the defendant, agrees with the captioned motion.

1

WHEREFORE, the United States requests that this Court direct pretrial services to return the defendant's passport.

DATED this 21st day of September, 2017.

Respectfully Submitted,

STEVEN W. MYHRE
Acting United States Attorney

*/s/ Susan Cushman*
SUSAN CUSHMAN
Assistant United States Attorney

**IT IS SO ORDERED** this 26th day of September, 2017.

Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF ELECTRONIC SERVICE

This is to certify that the undersigned has served counsel for Defendant with the foregoing by means of electronic filing.

Dated this 21st day of September, 2017

                                                                  */s/ Susan Cushman*
                                                                  SUSAN CUSHMAN
                                                                  Assistant United States Attorney